**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
MELENDEZ-ROMERO, EVELYN

Case No.: 18-21127  
Chapter 7  
Judge: Andrew B. Altenburg, Jr.

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on August 21, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 6606 RIVERFRONT DRIVE, PALMYRA, NJ 08065 | $145,800.00 | $135,774.65 | $10,025.35 |

Objections must be served on, and requests for additional information directed to:

Name:          /s/ Thomas J. Subranni  
Address:       1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                              Case No. 18-21127-ABA
Evelyn Melendez-Romero                                              Chapter 7
       Debtor                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jul 23, 2018
                              Form ID: pdf905              Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db             +Evelyn Melendez-Romero,    6606 Riverfront Drive,    Palmyra, NJ 08065-2158
cr             +The Riverfront at Palmyra Condominium Association,    c/o Simeone & Raynor, LLC,    1522 Route 38,
                 Cherry Hill, NJ 08002-2216
517567902       APEX Asset Management, LLC,    2501 Oregon Pike,    Suite 102,    Lancaster, PA 17601-4890
517567905       ARIA Health,    PO Box 8500-6335,    Philadelphia, PA 19178-6335
517567904      +ARIA Health,    PO Box 8500-6395,    Philadelphia, PA 19178-0001
517567903      +Apple ChiroPractic,    100 E. Broad Street,    # A,    Palmyra, NJ 08065-1629
517567908      +Cardionet,    PO Box 508,    301 Lacey Street,    Malvern, PA 19355-0508
517567909       Center For Counseling & Educa of Medford,    66 North Main Street,    Medford, NJ 08055-2719
517567910      +Commercial Acceptance Co.,    2300 Gettysburg Road,    Suite102,    Camp Hill, PA 17011-7303
517567911      +Complete Collection Service,    4833 N. Dixie Highway,    Oakland Park, FL 33334-3928
517567913       Emergency Phy. Assoc. of S. J., PC,    Akron Billing Center,    3585 Ridge Park Dr,
                 Akron, OH 44333-8203
517567914      +Express Scripts,    Po Box 52056,    Saint Louis, MO 63136-9156
517567915      +Financial Recoveries,    200 East Park Dr,    PO Box 1388,    Suite 100,
                 Mount Laurel, NJ 08054-7388
517567916       First Credit, Inc.,    PO Box 630838,    Cincinnati, OH 45263-0838
517567917      +Garden State Orthopedics,    455 Route 70 West,    Cherry Hill, NJ 08002-3599
517567918       Garden State Radiology Network, LLC,    28077 Network Place,    Chicago, IL 60673-1280
517567919      +Gastrointestinal Specialist c/o,    United Revenue Collectiom Service,    PO Box 1184,
                 Langhorne, PA 19047-6184
517567920      +Geico Indemnity Company,    One Geico Center,    Macon, GA 31296-0001
517567922      +Jefferson Health,    833 Chestnut Street,    Suite 115,    Philadelphia, PA 19107-4401
517567923       Jefferson University Physicians,    Po Box 40089,    Philadelphia, PA 19106-0089
517567928      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
517567924      +Kennedy Health System,    PO Box 48023,    Newark, NJ 07101-4823
517567925       Kennedy Medical Group,    PO Box 95000,    CL4570,    Philadelphia, PA 19195-0001
517567926       Kennedy Medical Group Practice, PC,    PO Box 95000,    CL4570,    Philadelphia, PA 19195-0001
517567927      +Kennedy University Hospital,    500 Marlboro Ave,    Cherry Hill, NJ 08002-2054
517567929      +LBH Physicians,    501 Bath Road,    Bristol, PA 19007-3101
517567930       Levittown-Fairless Hills Rescue Squad,    Billing Office,    PO Box 726,
                 New Cumberland, PA 17070-0726
517567931      +Loramark Capital, LLC,    P.O. Box 744,    Mount Laurel, NJ 08054-0744
517567932       Lourdes Cardiology Services, PC,    63 Kresson Rd,    Suite 101,    Cherry Hill, NJ 08034-3200
517567933       Lourdes Cardiology Services, PC,    PO BOX 824699,    Suite 101,    Philadelphia, PA 19182-4699
517567934      +Lourdes Health System - Urgent Care,    1600 Haddon Ave,    Camden, NJ 08103-3101
517567935       Med Express Billing,    1751 Earl Core Road,    Morgantown, WV 26505-5891
517567936       Medical Revenue Service,    PO Box 938,    Suite 6,    Vero Beach, FL 32961-0938
517567937       Mercer Bucks Medical Associates,    1411 Woodbourne Road,    Levittown, PA 19057-1540
517567938       Midland Mortgage Co.,    Po Box 26648,    Oklahoma City, OK 73126-0648
517567939       Newtown Podiatry Assoc.,    770 Newtown Yardley Road,    Suite 215,    Newtown, PA 18940-4501
517567940      +Optimum Outcomes,    P.O. Box 58015,    Raleigh, NC 27658-8015
517567941      +Our Lady of Lourdes Medical Center,    500 Grove Street,    Suite 100,
                 Haddon Heights, NJ 08035-1761
517567942       Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
517567944      +ProCo,    PO Box 2462,    Aston, PA 19014-0462
517567945      +Quality Asset Recovery,    7 Foster Ave,    Suite 101,    Gibbsboro, NJ 08026-1191
517567946       Radiology Assoc of New Jersey, PC,    28075,    Chicago, IL 60673-7280
517567948       Regional Orthopedic, PA,    499 Cooper Landing Road,    Cherry Hill, NJ 08002-2504
517567947      #+Regional Orthopedic, PA,    2201 Chapel Ave. West,    Cherry Hill, NJ 08002-2098
517567949       Riverfront at Palmyra Condo Assoc.,    65 W. State Street Road,    Suite B-205,
                 Warminster, PA 18974
517567950      +Rodman L. Cook, Esq.,    Thomas & Cook,    57 Cooper Street,    Woodbury, NJ 08096-4650
517567951       Rowan Psychiatry - Rowan Medicine,    Faculty Practice Service Plan,    PO Box 635,
                 Bellmawr, NJ 08099-0635
517567952      +Segal AAronson Pulmony Assoc.,    3998 Red Lion Road,    Suite 260,    Philadelphia, PA 19114-1441
517567953       Stat Medical Transport, Inc.,    PO Box 13702,    Philadelphia, PA 19101-3702
517567954       Thomas Jefferson Univ. Hosp.,    Po Box 8500-3100,    Philadelphia, PA 19178-3100
517567955      +Virtua Health,    Patient Accounting Dept.,    PO Box 8500-7542,    Philadelphia, PA 19178-0001
517567956       Wills Eye Ophthalmology Clinic, Inc.,    PO Box 827103,    Philadelphia, PA 19182-7103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:57     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:54     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517567906      +E-mail/Text: taxcollector@boroughofpalmyra.com Jul 24 2018 00:11:27     Borough of Palmyra,
                 Office of the Tax Collector,    20 W. Broad Streett,    Palmyra, NJ 08065-1633
517567907      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 24 2018 00:12:55     CACH LLC,
                 4340 S. Monaco Street,    Unit 2,    Denver, CO 80237-3485
517567912      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 24 2018 00:11:37
                 Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 23, 2018
                              Form ID: pdf905          Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517567921         E-mail/Text: cio.bncmail@irs.gov Jul 24 2018 00:10:11      IRS,   Insolvency Section,
                   Po Box 724,   Springfield, NJ 07081
517567943         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 24 2018 00:27:07
                   Portfolio Recovery Assoc., LLC,   120 Corporate Blvd,   Suite 1,   Norfolk, VA 23502
                                                                                                TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2018 at the address(es) listed below:
```
              Fred R. Braverman    on behalf of Debtor Evelyn  Melendez-Romero bravelaw@comcast.net
              I. Dominic Simeone    on behalf of Creditor    The Riverfront at Palmyra Condominium Association
               dsimeone@srnjlawfirm.com,    kraynor@srnjlawfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas J Subranni     trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```