| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Evelyn Melendez–Romero** | Social Security number or ITIN    xxx–xx–5230 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21127–ABA | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Evelyn Melendez–Romero
aka Evelyn Melendez

9/21/18

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-21127-ABA
Evelyn Melendez-Romero                                                    Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Sep 21, 2018
                             Form ID: 318             Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2018.
```
db          +Evelyn Melendez-Romero,   6606 Riverfront Drive,   Palmyra, NJ 08065-2158
cr          +The Riverfront at Palmyra Condominium Association,   c/o Simeone & Raynor, LLC,   1522 Route 38,
              Cherry Hill, NJ 08002-2216
517567902    APEX Asset Management, LLC,   2501 Oregon Pike,   Suite 102,   Lancaster, PA 17601-4890
517567905   +ARIA Health,   PO Box 8500-6335,   Philadelphia, PA 19178-6335
517567904   +ARIA Health,   PO Box 8500-6395,   Philadelphia, PA 19178-0001
517567903   +Apple ChiroPractic,   100 E. Broad Street,   # A,   Palmyra, NJ 08065-1629
517567908   +Cardionet,   PO Box 508,   301 Lacey Street,   Malvern, PA 19355-0508
517567909   +Center For Counseling & Educa of Medford,   66 North Main Street,   Medford, NJ 08055-2719
517567910   +Commercial Acceptance Co.,   2300 Gettysburg Road,   Suite102,   Camp Hill, PA 17011-7303
517567911   +Complete Collection Service,   4833 N. Dixie Highway,   Oakland Park, FL 33334-3928
517567913    Emergency Phy. Assoc. of S. J., PC,   Akron Billing Center,   3585 Ridge Park Dr,
              Akron, OH 44333-8203
517567914   +Express Scripts,   Po Box 52056,   Saint Louis, MO 63136-9156
517567915   +Financial Recoveries,   200 East Park Dr,   PO Box 1388,   Suite 100,
              Mount Laurel, NJ 08054-7388
517567916    First Credit, Inc.,   PO Box 630838,   Cincinnati, OH 45263-0838
517567917   +Garden State Orthopedics,   455 Route 70 West,   Cherry Hill, NJ 08002-3599
517567918    Garden State Radiology Network, LLC,   28077 Network Place,   Chicago, IL 60673-1280
517567919   +Gastrointestinal Specialist c/o,   United Revenue Collectiom Service,   PO Box 1184,
              Langhorne, PA 19047-6184
517567920   +Geico Indemnity Company,   One Geico Center,   Macon, GA 31296-0001
517567922   +Jefferson Health,   833 Chestnut Street,   Suite 115,   Philadelphia, PA 19107-4401
517567923    Jefferson University Physicians,   Po Box 40089,   Philadelphia, PA 19106-0089
517567928   +KML Law Group, PC,   216 Haddon Ave.,   Suite 406,   Westmont, NJ 08108-2812
517567924   +Kennedy Health System,   PO Box 48023,   Newark, NJ 07101-4823
517567925    Kennedy Medical Group,   PO Box 95000,   CL4570,   Philadelphia, PA 19195-0001
517567926    Kennedy Medical Group Practice, PC,   PO Box 95000,   CL4570,   Philadelphia, PA 19195-0001
517567927   +Kennedy University Hospital,   500 Marlboro Ave,   Cherry Hill, NJ 08002-2054
517567929   +LBH Physicians,   501 Bath Road,   Bristol, PA 19007-3101
517567930    Levittown-Fairless Hills Rescue Squad,   Billing Office,   PO Box 726,
              New Cumberland, PA 17070-0726
517567931   +Loramark Capital, LLC,   P.O. Box 744,   Mount Laurel, NJ 08054-0744
517567932   +Lourdes Cardiology Services, PC,   63 Kresson Rd,   Suite 101,   Cherry Hill, NJ 08034-3200
517567933   +Lourdes Cardiology Services, PC,   PO BOX 824699,   Suite 101,   Philadelphia, PA 19182-4699
517567934   +Lourdes Health System - Urgent Care,   1600 Haddon Ave,   Camden, NJ 08103-3101
517567935    Med Express Billing,   1751 Earl Core Road,   Morgantown, WV 26505-5891
517567936    Medical Revenue Service,   PO Box 938,   Suite 6,   Vero Beach, FL 32961-0938
517567937    Mercer Bucks Medical Associates,   1411 Woodbourne Road,   Levittown, PA 19057-1540
517567938    Midland Mortgage Co.,   Po Box 26648,   Oklahoma City, OK 73126-0648
517567939    Newtown Podiatry Assoc.,   770 Newtown Yardley Road,   Suite 215,   Newtown, PA 18940-4501
517567940   +Optimum Outcomes,   P.O. Box 58015,   Raleigh, NC 27658-8015
517567941   +Our Lady of Lourdes Medical Center,   500 Grove Street,   Suite 100,
              Haddon Heights, NJ 08035-1761
517567942    Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
517567944   +ProCo,   PO Box 2462,   Aston, PA 19014-0462
517567945   +Quality Asset Recovery,   7 Foster Ave,   Suite 101,   Gibbsboro, NJ 08026-1191
517567946    Radiology Assoc of New Jersey, PC,   28075,   Chicago, IL 60673-7280
517567948    Regional Orthopedic, PA,   499 Cooper Landing Road,   Cherry Hill, NJ 08002-2504
517567947  ##Regional Orthopedic, PA,   2201 Chapel Ave. West,   Cherry Hill, NJ 08002-2098
517567949    Riverfront at Palmyra Condo Assoc.,   65 W. State Street Road,   Suite B-205,
              Warminster, PA 18974
517567950   +Rodman L. Cook, Esq.,   Thomas & Cook,   57 Cooper Street,   Woodbury, NJ 08096-4650
517567951    Rowan Psychiatry - Rowan Medicine,   Faculty Practice Service Plan,   PO Box 635,
              Bellmawr, NJ 08099-0635
517567952   +Segal AAronson Pulmony Assoc.,   3998 Red Lion Road,   Suite 260,   Philadelphia, PA 19114-1441
517567953    Stat Medical Transport, Inc.,   PO Box 13702,   Philadelphia, PA 19101-3702
517567954    Thomas Jefferson Univ. Hosp.,   Po Box 8500-3100,   Philadelphia, PA 19178-3100
517567955   +Virtua Health,   Patient Accounting Dept.,   PO Box 8500-7542,   Philadelphia, PA 19178-0001
517567956    Wills Eye Ophthalmology Clinic, Inc.,   PO Box 827103,   Philadelphia, PA 19182-7103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 21 2018 23:24:47    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 21 2018 23:24:42    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517567906   +E-mail/Text: taxcollector@boroughofpalmyra.com Sep 21 2018 23:25:38    Borough of Palmyra,
              Office of the Tax Collector,   20 W. Broad Streett,   Palmyra, NJ 08065-1633
517567907   +EDI: RESURGENT.COM Sep 22 2018 02:48:00    CACH LLC,   4340 S. Monaco Street,   Unit 2,
              Denver, CO 80237-3485
517567912   +EDI: CCS.COM Sep 22 2018 02:48:00    Credit Collection Services,   725 Canton Street,
              Norwood, MA 02062-2679
```

```
District/off: 0312-1            User: admin              Page 2 of 2            Date Rcvd: Sep 21, 2018
                               Form ID: 318             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517567921        EDI: IRS.COM Sep 22 2018 02:48:00    IRS,   Insolvency Section,   Po Box 724,
                 Springfield, NJ 07081
517567943        EDI: PRA.COM Sep 22 2018 02:48:00    Portfolio Recovery Assoc., LLC,   120 Corporate Blvd,
                 Suite 1,   Norfolk, VA 23502
                                                                                    TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2018 at the address(es) listed below:
```
             Fred R. Braverman   on behalf of Debtor Evelyn  Melendez-Romero bravelaw@comcast.net
             I. Dominic Simeone   on behalf of Creditor    The Riverfront at Palmyra Condominium Association
              dsimeone@srnjlawfirm.com,   kraynor@srnjlawfirm.com
             Kevin Gordon McDonald   on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
              bkgroup@kmllawgroup.com
             Thomas J Subranni    trustee@subranni.com,
              ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
             Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com,
              ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
             U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6
```